IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BENJAMIN RAY,                                                                    PLAINTIFF

vs.                                        No. 4:20-cv-00413-JJV

PREFERRED ROOFING SOLUTIONS, INC., *et al.*,                 DEFENDANTS

## ORDER & JUDGMENT

The parties reached a settlement on August 10, 2021. The parties have now filed a Joint Motion to Approve Settlement and Dismiss. (Doc. No. 16.) After careful review of the pleadings, the Court approves the proposed settlement and grants the joint motion for final approval. The agreement is fair, reasonable, and adequate. Additionally, the attorney's fees are reasonable given the work done, local hourly rates, and results achieved. *Petrovic v. Amoco Oil Company*, 200 F.3d 1140, 1157 (8th Cir. 1999).

IT IS, THEREFORE, ORDERED that:

1) The parties' Joint Motion to Approve Settlement and Dismiss (Doc. No. 16) is GRANTED and the case is dismissed with prejudice.

DATED this 26th day of August 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE